**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000698
28-MAR-2016
08:56 AM**

NO. CAAP-15-0000698

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WENDY KEIKO REID, Plaintiff-Appellant, v.
JAMES CLAYTON REID, Defendant-Appellee.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 14-1-0643)

ORDER GRANTING WITH PREJUDICE THE
MARCH 7, 2016 MOTION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant Wendy Keiko
Reid's (Appellant) March 7, 2016 Motion to Dismiss Appeal
(Motion), the papers in support, the record, and there being no
opposition, it appears that (1) on September 24, 2015, Appellant
filed a notice of appeal; (2) the appeal has not been docketed;
(3) Appellant seeks to dismiss the appeal with prejudice, with
costs, if any, to be borne by the parties; and (4) Hawai'i Rules
of Appellate Procedure Rule 42(a) authorizes the court, upon a
motion, to dismiss an appeal that has not been docketed.

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed with prejudice. The parties shall bear their own costs on appeal.

DATED: Honolulu, Hawai'i, March 28, 2016.

Presiding Judge

Associate Judge

Associate Judge